AETNA CASUALTY & SURETY COMPANY, Plaintiff–Counter Defendant–Appellee,

v.

Daniel MEYERS; et al, Defendants,

Daniel Meyers, Defendant–Counter Claimant–Appellant.

No. 01–60301.

United States Court of Appeals, Fifth Circuit.

Decided Feb. 9, 2005.

Rachel L. Wilson, Markow, Walker & Reeves, Ridgeland, MS, for Plaintiff–Counter Defendant–Appellee.

Roger Cole Riddick, Upshaw, Williams, Biggers, Beckham & Riddick, Ridgeland, MS, Wayne E. Ferrell, Jr., Jackson, MS, for Defendant–Counter Claimant–Appellant.

Before GARWOOD, JONES, and STEWART, Circuit Judges.

---

PER CURIAM: *

There being no reversible error, the judgment of the district court is AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.